**McCARTHY & HOLTHUS, LLP.**
Kristin A. Schuler-Hintz (NSB# 7171)
Gary S. Fink, Esq.  (NSB# 8064)
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
 Telephone:    (702) 685-0329
Facsimile:      (866) 339-5691
gfink@mccarthyholthus.com
Attorneys for Quality Loan Service Corporation

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY LLC., SERIES 452 CROCUS HILL<br><br>Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING, LLC. and QUALITY LOAN SERVICE CORPORATION<br>Defendants | Case No.  2:15-cv-00977-RFB-CWH<br><br>**Quality Loan Service Corporation's Stipulation And Order For Non-Monetary Relief** |

COMES NOW Defendant, Quality Loan Service Corporation ("QLS"), by and through its counsel of record, Gary S. Fink, Esq., and Plaintiff, Saticoy Bay, LLC., Series 452 Crocus Hill by and through its counsel of record, Michael F. Bohn Esq. who do hereby stipulate as follows:

1. Plaintiff acknowledges and stipulates that QLS has been named as a defendant in this litigation solely in its capacity as trustee under the Deed of Trust which Plaintiff seeks to eliminate and that it has not been named as a defendant due to any acts or omissions on its part in the performance of its duties as trustee.

2. QLS has not been involved in any way with the subject loan, the Deed of Trust, or the Property encumbered thereby, except in its capacity as the trustee under the Deed of Trust.

3. QLS agrees to be bound by whatever order or judgment is issued by the Court relating to the Deed of Trust, and shall not be subject to any monetary awards for damages, attorney's fees or costs. Both parties agree to bare their own costs as related to each other.

4. QLS will not be required to participate further in this action, will not be required to respond to any of the pleadings in this action, and will not be required to appear at any hearings or the trial of this action, but will be required to respond to any discovery requests as a nonparty.

NV-15-670177-CV

5. The filing of this Stipulation is not intended to and does not prejudice the rights of any trustor, beneficiary, or assignee under the Deed of Trust, and shall not constitute a waiver of any other person or entity's rights or obligations under the Deed of Trust.

6. This Stipulation shall inure to the benefit of the parties and their successors and/or assigns.

Dated: 7/20/15

By: */s/Gary S. Fink*
Gary S. Fink, Esq.
9510 W. Sahara, Suite 200
Las Vegas, NV 89117
Quality Loan Service Corporation

Dated: 7/20/15

By: */s/Michael F. Bohn*
Michael F. Bohn, Esq.
376 East Warm Springs Rd. Ste 140
Las Vegas, NV  89119
Attorney for Plaintiff

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 2nd day of September, 2015.

NV-15-670177-CV