**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SATICOY BAY LLC SERIES 452 CROCUS HILL, | Case No. 2:15-cv-00977-RFB-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| GREEN TREE SERVICING, LLC, *et al.*, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation for Extension of Time re: Scheduling Order (doc. # 18), filed March 1, 2016.

Local Rule 26-4 provides that requests for extension or modification of discovery deadlines be filed no later than 21 days before expiration of "the subject deadline." Local Rule 26-4 ("All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline."). The parties simply cannot wait until the close of discovery, March 1, 2016 in this case, to file their request to alter various discovery deadlines, absent a showing of excusable neglect. In light of the parties' failure to state a reason demonstrating excusable neglect, the Court denies the instant request.

Accordingly, **IT IS HEREBY ORDERED** that the parties' Stipulation for Extension of Time re: Scheduling Order (doc. # 18) is **denied without prejudice**.

DATED: March 2, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**