Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLC
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for Green Tree Servicing, LLC*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| SATICOY BAY LLC SERIES 452 CROCUS HILL, <br><br> Plaintiff, <br><br> vs. <br><br> GREEN TREE SERVICING, LLC, a Delaware limited liability company; QUALITY LOAN SERVICE CORPORATION, a California corporation; <br><br> Defendants. | CASE NO.: 2:15-cv-00977-RFB-CWH <br><br><br> **STIPULATION TO EXTEND TIME FOR GREEN TREE TO FILE A REPLY IN SUPPORT OF GREEN TREE'S MOTION FOR SUMMARY JUDGMENT** |
| GREEN TREE SERVICING, LLC, <br><br> Counter-claimant, <br><br> vs. <br><br> SATICOY BAY LLC SERIES 452 CROCUS HILL, a Nevada limited liability company; <br><br> Counter-defendant, | |
| GREEN TREE SERVICING, LLC, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> ASSESSMENT MANAGEMENT SERVICES, INC., a Nevada Corporation; SAN MARCOS AT SUMMERLIN HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, <br><br> Third Party Defendants. | |

**STIPULATION TO EXTEND TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**
(First Request)

IT IS HEREBY STIPULATED AND AGREED by and between Saticoy Bay LLC Series 452 Crocus Hill, by and through its attorney, Michael F. Bohn, Esq., and Green Tree Servicing, LLC ("Green Tree"), by and through its attorney, Lindsey H. Morales, Esq., to extend the date for Green Tree to file its Reply in Support of Green Tree's Motion for Summary Judgment shall be extended from December 20, 2018 until January 10, 2019.

**APPROVED AS TO FORM AND CONTENT:**

Dated: 12/12/2018                                                    Dated: 12/12/2018

*/s/ Michael F. Bohn*                                                 */s/ Lindsey H. Morales*
Michael F. Bohn, Esq.                                                Lindsey H. Morales
Attorney for Plaintiff/Counter-Defendant          Attorney for Defendant/Counter-Claimant

**IT IS SO ORDERED this** 13th **day of** December **, 2018.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE